UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 12-28300
ALBINO MARTINEZ )
 )  Chapter: 7
 )  Honorable Pamela S. Hollis
 )
 )
Debtor(s) )

**ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY AND APPROVAL OF ASSOCIATED FINANCING UNDER 11 U.S.C. 722**

THIS CAUSE coming on to be heard on Debtor's Motion for Authority to Redeem Personal Property, due notice having been given, and the Court fully advised on the premises,

IT IS HEREBY ORDERED:

1) Debtors may redeem the 2008 Honda Civic by paying American Honda Finance the sum of $7,001.00 on or before the thirtieth (30th) day following entry of this Order.

2) Upon timely receipt of such payment, American Honda Finance is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor's instruction.

4) In the event of the failure of American Honda Finance to so cancel its lien within Ten (10) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be canceled, and it is Ordered that the applicable County Clerk's Office shall cancel same of record.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: May 26, 2015

**Prepared by:**

CHARLES MAGERSKI, ARDC #6297092
Counsel for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630)575-8181